IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CYNTHIA SMITH                                                           PLAINTIFF

vs.                              Civil No. 2:16-cv-02133

NANCY A. BERRYHILL                                      DEFENDANT
Commissioner, Social Security Administration

## **JUDGMENT**

     Comes now the Court on this the 9th day of June 2017, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

     **IT IS SO ORDERED.**

                                                                                   /s/ Barry A. Bryant
                                                                                   HON. BARRY A. BRYANT
                                                                                  U. S. MAGISTRATE JUDGE